Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | Marvin E. Aspen |
|---|---|---|---|
| CASE NUMBER | 94 C 2469 | DATE | 2/17/2000 |
| CASE TITLE | | In Re: Abbott Laboratories | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Plaintiffs' motions to release funds (288-1 and 289-1) are granted. Enter order releasing funds from the common expense fund for professional services rendered and attorneys' fees that were incurred by plaintiffs' counsel for services that benefited all plaintiffs in the MDL.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| ✓ | Notices mailed by judge's staff. | MAY 1 9 2000 |
| | Notified counsel by telephone. | date docketed |
| | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| | | 2/17/2000 |
| GL | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | GL mailing deputy initials |

Document Number: 300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
ABBOTT LABORATORIES OMNIFLOX )
)
PRODUCTS LIABILITY LITIGATION ) MDL Docket No. 1004
) Judge Marvin E. Aspen
) ALL CASES
) 94 C 2469

ORDER

MARVIN E. ASPEN, Chief Judge:

DOCKETED
MAY 1 9 2000

Presently before the Court are five (5) motions to release funds from the common expense fund for attorneys' fees incurred by Plaintiffs' Steering Committee, for services rendered that benefited all plaintiffs in this multi-district tort litigation, to wit: Branch Law Firm (Turner W. Branch and Margaret Moses Branch), Ness, Motley, Loadholt (Thomas D. Rogers), Robins, Kaplan, Miller & Ciresi (Corey Gordon), Charfoos & Christensen (J. Douglas Peters), and Barrett Law Office (Pat M. Barrett, Jr.).

The only issues remaining before this Court as it relates to funds remaining in the Common Expense Fund are (1) to release funds to James A. Spear, the Independent Trustee, for professional services rendered as independent trustee to dissolve the common expense fund and (2) to disburse amounts from that fund for attorneys' fees that were incurred by plaintiffs' counsel for services that benefited all plaintiffs in the MDL.

The amount remaining in the Common Expense Fund as of January 10, 2000 is $191,686.60. Attached hereto as Exhibit A is the Cash Summary for the Abbott Laboratories Omniflox Products Liability Litigation dated January 30, 2000.

The Court explains below the reasons for releasing funds to the independent trustee and plaintiffs' steering committee:

1. <u>Release Funds From the Common Expense Fund To James A. Spear, The Independent Trustee</u>

The Branch Law Firm has been notified by James A. Spear, Independent Trustee, that in order to dissolve the common expense fund he will expend an additional three (3) hours (at a rate of $100.00 per hour) for $300.00, and has spent eleven (11) hours since his last accounting (at a rate of $100.00 per hour) for $1,100.00, for a total of $1,400.00. Thus, by direction of this Court, James A. Spear be paid $1,400.00 from the common expense fund to dissolve the common expense fund, which includes writing checks to members of the plaintiffs' steering committee as set forth below. The amount available to members of the Plaintiffs' Steering Committee after disbursement to James A. Spear, Independent Trustee is $190,286.60 ($191,686.60 - $1,400.00).

2. <u>Release Funds From the Common Expense Fund to Members of the Plaintiffs' Steering Committee</u>

The five (5) motions before this court to release funds from the common expense fund for attorneys' fees incurred by Plaintiffs' Steering Committee, for services rendered that benefited all plaintiffs in this multi-district tort litigation are (1) Branch Law Firm (Turner W. Branch and Margaret Moses Branch) for $581,360.03; (2) Ness, Motley, Loadholt (Thomas D. Rogers) for $24,916.33; (3) Robins, Kaplan, Miller & Ciresi (Corey Gordon) for $5,325.00; (4) Charfoos & Christensen (J. Douglas Peters) for $32,250.00; and (5) Barrett Law Office (Pat M. Barrett, Jr.) for $2,500.00. These amount total $646.299.83. However, in the Common Expense Fund as of this date there remains $191,686.60, clearly inadequate funds to fully compensate members of the Plaintiffs' Steering Committee for their attorneys'

fees. The Court, therefore, has decided an appropriate pro-rata reduction for such attorneys' fees based on the percentage of fees claimed by the members of the Plaintiffs' Steering Committee. The chart below sets forth the firm's name, the fees claims by each firm, the percentage of fees claimed by each firm, and the proportionate share of fees available of the $190,286.60 remaining in the Common Expense Fund after disbursement to James Spear, Independent Trustee.

| Firm | Fees Claimed | % of Fees Claimed | Proportionate Share of Fees Available of $190,286.60 |
|---|---|---|---|
| Turner W. Branch<br>Margaret Moses Branch<br>BRANCH LAW FIRM | $581,258.50 | 90% | $171,257.94 |
| Thomas D. Rogers<br>NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE | $24,916.33 | 3.80% | $7,230.89 |
| Corey Gordon<br>ROBINS, KAPLAN, MILLER & CIRESI | $5,325.00 | .8% | $1,522.29 |
| J. Douglas Peters<br>CHARFOOS & CHRISTENSEN | $32,250.00 | 5% | $9,514.33 |
| Pat M. Barrett, Jr.<br>BARRETT LAW OFFICE | $2,550.00 | .4% | $761.15 |
| TOTAL | $646,299.83 | 100% | $190,286.60 |

3. Conclusion

For the foregoing reasons, the Court GRANTS:

(1) Funds will be released from the common expense fund in the amount of $1,400.00 to James A. Spear, Independent Trustee, to issue checks for attorneys' fees and to dissolve the common expense, and (2) funds will be released from the common expense fund for attorneys' fees by members of the Plaintiffs' Steering Committee, for services rendered that benefited all

plaintiffs in this multi-district tort litigation: Branch Law Firm (Turner W. Branch and Margaret Moses Branch) for $171,257.94 (90% of fees claimed); Ness, Motley, Loadholt (Thomas D. Rogers) for $7,240.89 (3.80% of fees claimed; Robins, Kaplan, Miller & Ciresi (Corey Gordon) for $1,522.29 (.8% of fees claimed); Charfoos & Christensen (J. Douglas Peters) for $9,514.33 (5% of fees claimed); and Barrett Law Office (Pat M. Barrett, Jr.) for $761.15 (.4% of fees claimed).

Date: 2/17/2000

The Honorable Marvin E. Aspen
United States District Judge

JAMES A. SPEAR, INDEPENDENT TRUSTEE, MDL 1004
31-Jan-2000
ABBOTT LABORATORIES OMNIFLOX PRODUCTS LIABILITY LITIGATION
CASH SUMMARY
CASH RECEIPTS:
    NET CONTRIBUTIONS (PER DETAIL)          $408,593.75
    INTEREST INCOME (BELOW)              $25,652.11
DISBURSEMENTS (BELOW)                  ($242,559.26)
CASH BALANCE AS OF JANUARY 30, 2000      $191,686.60

| Item | Interest | Disbursements |
|---|---:|---:|
| TOTALS | $25,652.11 | ($242,559.26) |
| AUGUST 1995 | 2.86 | |
| SEPTEMBER 1995 | 122.62 | |
| LEGAL VIDEO | | (3,172.43) |
| OCTOBER 1995 | 205.65 | |
| CHICAGO REPORTING SERVICE | | (8,262.00) |
| NOVEMBER 1995 | 276.59 | |
| DECEMBER 1995 | 263.61 | |
| LEGAL VIDEO | | |
| JANUARY 1996 | 327.20 | |
| CHICAGO REPORTING SERVICE | | (2,411.00) |
| LEGAL VIDEO | | (2,520.25) |
| FEBRUARY 1996 | 321.17 | |
| MARCH, 1996 | 387.09 | |
| APRIL, 1996 | 577.83 | |
| BRANCH LAW FIRM | | (50,098.83) |
| DR. JAMES O'DONNELL | | (1,125.00) |
| JAMES A. SPEAR INDEPENDENT TRUSTEE | | (1,674.00) |
| MAY, 1996 | 538.53 | |
| JUNE, 1996 | 471.54 | |
| EXPENSES | | (621.16) |
| JULY, 1996 | 564.51 | |
| AUG, 1996 | 569.82 | |
| SEPT, 1996 | 355.95 | |
| DR. JAMES O'DONNELL | | (11,375.00) |
| DR. JAMES O'DONNELL | | (36,104.00) |
| DR. ALAN DONE | | (37,717.00) |
| JAMES A. SPEAR INDEPENDENT TRUSTEE | | (2,467.00) |
| MILLER FAUCHER CHERTOW ETAL | | (55,599.40) |
| OCT, 1996 | 343.04 | |
| NOV, 1996 | 333.15 | |
| DEC, 1996 | 343.95 | |
| JAN-MAR 1997 | 1,018.08 | |
| APR-JUN 1997 | 1,096.50 | |
| JAMES A. SPEAR INDEPENDENT TRUSTEE | | (1,121.00) |
| MILLER FAUCHER CHERTOW ETAL | | (2,711.26) |
| JUL-SEPT 1997 | 1,080.87 | |
| OCT-DEC 1997 | 1,072.58 | |
| DESIMONE REPORTING | | (1,121.75) |
| J DOUGLAS PETERS (CHARFOOS & CHRISTENSEN) | | (6,402.18) |
| JAN-MAR 1998 | 1,051.78 | |
| APR-JUNE 1998 | 907.84 | |
| JULY 1998 | 780.79 | |
| AUGUST 1998 | 842.07 | |
| BRANCH LAWFIRM | | (16,383.00) |
| SEPTEMBER, 1998 | 720.73 | |
| OCTOBER, 1998 | 767.51 | |
| NOVEMBER, 1998 | 687.95 | |

01/31/20001CASH.WK4

EXHIBIT A

| | | |
|---|---:|---:|
| DECEMBER, 1998 | 627.12 | |
| JANUARY, 1999 | 755.33 | |
| JAMES A. SPEAR INDEPENDENT TRUSTEE | | (1,640.00) |
| FEBRUARY, 1999 | 611.15 | |
| MARCH, 1999 | 597.60 | |
| APRIL, 1999 | 702.53 | |
| MAY, 1999 | 644.63 | |
| JUNE, 1999 | 624.36 | |
| JULY, 1999 | 715.43 | |
| AUGUST, 1999 | 646.62 | |
| SEPTEMBER, 1999 | 754.13 | |
| OCTOBER, 1999 | 688.27 | |
| NOVEMBER, 1999 | 700.44 | |
| DECEMBER, 1999 | 748.44 | |
| JANUARY, 2000 | 804.25 | |

01/31/20002CASH.WK4